**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6211**

RONALD MCCLARY,

        Plaintiff - Appellant,

    v.

MICHAEL BUTLER, Officer of Alexander CI,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Frank D. Whitney, Chief District Judge. (5:18-cv-00098-FDW)

Submitted: June 18, 2019                   Decided: July 5, 2019

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald McClary, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order granting the Defendant's motion for summary judgment and dismissing without prejudice McClary's civil rights complaint because McClary failed to properly exhaust available administrative remedies. *See* 42 U.S.C. § 1997e(a) (2012); *Ross v. Blake*, 136 S. Ct. 1850, 1854-55 (2016) (noting that inmate must exhaust available remedies "before bringing suit to challenge prison conditions"). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClary v. Butler*, No. 5:18-cv-00098-FDW (W.D.N.C. Feb. 1, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*